THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* HENRY BARNES, Petitioner-Appellant.

(No. 57640;

First District (5th Division)—October 5, 1973.

PER CURIAM.
SULLIVAN, J., took no part.

Kenneth L. Gillis, Deputy Defender, of Chicago, (James R. Streicker and C. Paul Bradley, Assistant Appellate Defenders, of counsel,) for appellant.

Bernard Carey, State's Attorney, of Chicago, (James S. Veldman and Thomas G. White, Assistant State's Attorneys, of counsel,) for the People.